IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| DAVID TYRON JONES | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 3:11-cv-00297-SWW |
| | * | |
| | * | |
| MID SOUTH HEALTH SYSTEMS, | * | |
| Administration & Staff, | * | |
| | * | |
| Defendants. | * | |

ORDER

By Order entered December 29, 2011 [doc.#3], the Court gave *pro se* plaintiff David Tyron Jones thirty days to either submit a properly completed application to proceed *in forma pauperis* or pay the full $350.00 filing fee. The Court informed plaintiff that if he failed to do one or the other, his complaint would be dismissed without prejudice.

The time for plaintiff to either submit a properly completed application to proceed *in forma pauperis* or pay the full $350.00 filing fee has come and gone with no response from plaintiff. Accordingly, the Court hereby dismisses plaintiff's complaint without prejudice. Judgment will be entered accordingly.

IT IS SO ORDERED this 31st day of January 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE