IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| DAVID TYRON JONES | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:11-cv-00297-SWW |
| | * | |
| | * | |
| | * | |
| MID SOUTH HEALTH SYSTEMS, | * | |
| Administration & Staff, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed without prejudice.

IT IS SO ORDERED this 31st day of January 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE